UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VICTOR AVILA, JR. and JUDICIAL WATCH, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 17-2685 (RC) |
| v. | ) ) | |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) ) | |

**MOTION FOR A STAY OF DEFENDANT'S DEADLINE TO RESPOND TO
COMPLAINT IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of Defendant's deadline to respond to the complaint in the above-captioned case.

1.      At midnight on January 19, 2018, the continuing resolution that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for most Executive agencies, including the federal defendant.  The Department does not know when funding will be restored by Congress.

2.      Absent an appropriation or continuing resolution, Department of Justice attorneys and employees of the federal defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of Defendant's deadline to respond to the complaint until Congress has restored appropriations to the Department.

- 2 -

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department or enacted another continuing resolution.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.      Opposing counsel has authorized counsel for the Government to state that the Plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of Defendant's deadline to respond to the complaint in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: January 22, 2018

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ Melanie D. Hendry*
Melanie D. Hendry, N.Y. Bar # 4275186
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov