UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VICTOR AVILA, JR. and JUDICIAL WATCH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 17-2685 (RC) |
| v. | ) ) | |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant United States Department of State ("Defendant"), by and through undersigned counsel, respectfully submits the following answer to Plaintiffs' Complaint ("Complaint") filed on December 15, 2017.  All allegations in the Complaint, including relief sought, are denied except when specifically admitted herein.  Defendant admits, denies, or otherwise avers as follows:

### DEFENSE

The information requested in Plaintiffs' Freedom of Information Act/Privacy Act request is exempt in whole or in part under the Freedom of Information Act ("FOIA") and/or Privacy Act.

### SPECIFIC RESPONSES

Answering specifically each paragraph of the Complaint, using the same headings and numbering used in the Complaint, Defendant answers as follows.  Defendant denies any allegations contained in such headings.

## COMPLAINT

This unnumbered paragraph contains Plaintiffs' characterization of this action and the relief sought, not allegations of fact, and thus no response is required.

## JURISDICTION AND VENUE

1.      Paragraph 1 contains Plaintiffs' conclusions of law concerning jurisdiction, not allegations of fact, and thus no response is required.  To the extent a response is required, Defendant admits that this Court possesses jurisdiction.

2.      Paragraph 2 contains Plaintiffs' conclusions of law concerning venue, not allegations of fact, and thus no response is required.  To the extent a response is required, Defendant admits that venue is proper in this district.

## PARTIES

3.      Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 3.

4.      Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 4.

5.      Defendant admits the allegations contained in the first sentence of Paragraph 5, is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the second sentence, and avers that it is still searching its files for documents responsive to Plaintiffs' FOIA/Privacy Act request.

## STATEMENT OF FACTS

6.      Paragraph 6 contains Plaintiffs' characterization of their FOIA/Privacy Act request, not allegations of fact, and thus no response is required.  To the extent a response is deemed necessary, Defendant admits Plaintiffs submitted a FOIA/Privacy Act request dated

October 3, 2017, and respectfully refers the Court to the FOIA/Privacy Act request for a complete and accurate statement of its contents.

7.      Defendant admits the allegations contained in Paragraph 7.

8.      In response to Paragraph 8, Defendant admits that there have been no further communications about Plaintiffs' FOIA/Privacy Act request.  The remainder of the paragraph contains legal conclusions, to which no response is required.  To the extent a response is required, Defendant denies.

9.      In response to Paragraph 9, Defendant admits that there have been no further communications about Plaintiffs' FOIA/Privacy Act request.

## COUNT I
## VIOLATION OF FOIA, 5 U.S.C. § 552

10.      In response to Paragraph 10, Defendant repeats each of the responses contained in the foregoing paragraphs 1 through 9 as if fully set forth herein.

11.      Defendant denies the allegations in Paragraph 11.

12.      Paragraph 12 contains Plaintiffs' conclusions of law concerning exhaustion, not allegations of fact, and thus no response is required.  To the extent a response is required, Defendant respectfully refers the Court to the case cited therein.

13.      Paragraph 13 contains Plaintiffs' conclusions of law concerning exhaustion, not allegations of fact, and thus no response is required.  To the extent a response is required, Defendant respectfully refers the Court to the statute cited therein.

## COUNT II
## VIOLATION OF PRIVACY ACT, 5 U.S.C. § 552a

14.      In response to Paragraph 14, Defendant repeats each of the responses contained in the foregoing paragraphs 1 through 13 as if fully set forth herein.

15.      Defendant denies the allegations in Paragraph 15.

16.     Defendant denies the allegations in Paragraph 16.

The remainder of the Complaint consists of Plaintiffs' prayer for relief, to which no response is required.  To the extent a response is required, Defendant denies that Plaintiffs are entitled to any of the relief requested in this section, or to any relief whatsoever.

Dated: January 24, 2018

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ Melanie D. Hendry*

Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov