IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


VICTOR AVILA, et al.,

                                        Civil Action
                Plaintiffs,             No. 1:17-cv-2685

        vs.                             Washington, DC
                                        August 2, 2018
U.S. DEPARTMENT OF STATE,
                                        10:06 a.m.
                Defendant.
_____/


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:     LAUREN M. BURKE
                        Judicial Watch, Inc.
                        425 Third Street, SW, Suite 800
                        Washington, DC 20024


For the Defendant:      MELANIE DYANI HENDRY
                        U.S. Attorney's Office for the
                        District of Columbia
                        555 Fourth Street, NW
                        Washington, DC 20530


Agency Counsel:         DAVID DeBARTOLO


Reported By:            JEFF M. HOOK
                        Official Court Reporter
                        U.S. District & Bankruptcy Courts
                        333 Constitution Avenue, NW
                        Room 4700-C
                        Washington, DC 20001

**P R O C E E D I N G S**

**DEPUTY CLERK:**  The matter before the Court is civil action 17-2685, Victor Avila, et al., versus the U.S. Department of State.  Counsel, please come forward to identify yourselves for the record.

**MS. BURKE:**  Good morning, your Honor.  Lauren Burke representing the plaintiff, Victor Avila.

**THE COURT:**  Good morning.

**MS. HENDRY:**  Good morning, your Honor.  For the defendant, Melanie Hendry.  And I have with me at counsel table agency counsel, David DeBartolo.

**THE COURT:**  Good morning.  So did we make any progress in getting closer to being on the same page?

**MS. BURKE:**  Good morning, your Honor.  We did meet briefly outside just before coming in.  I'm not sure that we have gotten much closer to being on the same page as far as what we are looking for.  I understand a little bit better their position.  I do still have a couple of questions remaining for them.  We needed to come in.  But that's where the plaintiff stands at this point.

**THE COURT:**  So what is your view of going forward, what needs to happen?

**MS. BURKE:**  My understanding is that there is -- remains about 350 -- if I can just grab my notes.

**MS. HENDRY:**  Would it be helpful to the Court for

me to just report the status first?

THE COURT:  No, let's continue to -- I'll hear from her, and then we'll go from there.  I have the status in front of me that was filed.

MS. BURKE:  So counsel and the State Department representative here has informed me that since the July JSR, there is expected to be another production made in August.  And what remains to be processed is about 350 to 400 pages.  They believe that includes about 55 potentially responsive records.  So the question that we've had -- and we've had slightly all along, is what timeframe we can expect that.  Because from the point of the request being made about nine months ago, there's been a total of 56 records reviewed so far.  And so it's taken about nine months to do that.

As far as we expect another nine months for those 55 documents that remain that are only potentially responsive before we see any sort of production and get to a point of narrowing or discussing, negotiating prior to summary judgment which has been the effort that the plaintiff has tried to make and I've attempted to make.

And one of the reasons I did request to come before the Court was the types of documents, and maybe get a little bit of information on the search, where they are looking, what they're looking at.  We have provided them with sort of a bullet list of the types of documents that my

client is looking for.  He's not looking to get a copy of his own statement or any press clippings or extradition materials that might mention him but have nothing to do with him.  We haven't received any further response.

My understanding from counsel outside is that the search has been performed, that is done, the ship has sailed.  There's no point at this juncture I suppose in coming together to specifically look for any records that we've identified.  They may be outside the scope of the requests themselves, but we will deal with that at the end of the process that the State Department and the FOIA process is running.  So that is my understanding.

**THE COURT:**  Are there -- I gather that you don't have that much information about the search, but are there any places that you think should have been searched that haven't or you just don't know enough?

**MS. BURKE:**  I have zero information on what has been searched.  I would have to -- that would probably -- if I had some information, we could maybe collaborate as potential offices or places or even record databases.  We don't necessarily need everybody's e-mails, it's communications.  And that's why the bullet points that we provided were not necessarily a proposal of where to look, what to look for.  Because we're at a zero degree starting point as far as what has been searched and where to go from

there.

But rather just the types of documents, because it's more the State Department and the FOIA process that would be able to make that determination with the information and the -- that we've provided as far as the types of records we're looking for.

**THE COURT:**  Okay.  Let me hear from the State Department.

**MS. HENDRY:**  Thank you, your Honor.  Just one note of clarification with respect to what has occurred to date and what has been processed to date.  Although 56 records have been reviewed and released, that number -- actually at the start, the number of potentially responsive documents was approximately 1,850 pages.  Nearly 1,500 of those pages have been processed thus far.  There are 332 remaining.

The potentially responsive records included duplicates.  It included things that once the processing began, it was determined that they were not actually responsive to the request.  And it also included documents that, based on discussions between the parties, have been excluded from the search.  They're extradition related documents.

**THE COURT:**  All right.  With respect to the 330 some pages of documents that need to be reviewed, how long is it going to take to do that?

**MS. HENDRY:**  The State Department at this point anticipates that it can complete that process and the release of those documents by October.  One other note, though, is that they are assessing whether any supplemental searches will be necessary.  They expect to have the answer to that by the end of this month.  And so necessarily if supplemental searches are necessary and additional documents are required, that would impact the completion date.

**THE COURT:**  Why is there reluctance on the part to discuss with the other side the nature of the search in order to have a collaborative effort to determine whether supplemental searches need to be conducted?

**MS. HENDRY:**  At this point, your Honor, it's reached the stage where we are just at the 332 pages.  There is no indication that supplemental searches are necessarily going to be needed.  But the search was such that -- the search was done for all records concerning Victor Avila, Junior for the time period January 1st, 2011 to the present as requested in the FOIA request.

So necessarily to the extent that some of the items that were -- categories that were identified in that list that plaintiffs' counsel referred to, to the extent that responsive documents do exist, it's the Department of State's understanding that they would have already been encompassed within the search that was completed.  There are

a couple of issues with respect to the items on that list. The parties don't necessarily agree that they all fall within the scope of the FOIA request.

**THE COURT:**  All right.  Mr. DeBartolo, are you familiar with the search that was conducted?

**MR. DeBARTOLO:**  Should I respond?

**THE COURT:**  Yes, you can respond.

**MR. DeBARTOLO:**  Thank you.  I'm familiar, I've advised on both the search and general processing of the request, yes.

**THE COURT:**  But, I mean, are you familiar enough to have a conversation with opposing counsel today about what has been searched and what hasn't?

**MR. DeBARTOLO:**  Yes.

**THE COURT:**  All right.  I'm going to take a break for 15 minutes.  I want you guys to have two conversations: One about the nature of the search, and hopefully you can discuss what may or may not need to be searched; and two, hopefully you can agree also on how long it's going to take to review the 332 pages of documents.

I mean, I know this isn't the Hillary Clinton FOIA request, but in those cases they did far more than 332 pages of documents in a month.  So I assume that it's not going to take an extended period of time to do 332 pages.

So I'm going to take a 15 minute break, let's come

back at 10:30.

(Off the record at 10:14 a.m.)

(Back on the record at 10:34 a.m.)

**THE COURT:**  Have we made any progress?

**MS. HENDRY:**  We have, your Honor.

**THE COURT:**  Good.  Let me hear about it.

**MS. HENDRY:**  We have been able to discuss the custodians that haven't been searched.  We've reached agreement to exclude certain categories and types of documents from the remaining 332 pages, so we're hopeful that that might mean a quicker processing schedule.  But we're not at this point able to commit to that, because we don't know how many of those pages are within those categories of documents.

We've agreed that we're going to continue with the monthly interim releases, with the next release set to go out on August 9th.  And we'd propose that by August 30th -- assuming that's a weekday, that we be permitted to submit a further joint status report reporting to the Court how many pages remain to be processed as of that time, and whether we still anticipate that it's going to take until October to complete the processing of those documents or whether we're able to do that sooner.  And also to report as to whether a further search is in fact required.

**THE COURT:**  Okay.  So from your point of view, all

I need to order is a joint status report on August 30th, is that your point of view?

            **MS. HENDRY:**  Yes, your Honor.

            **THE COURT:**  Does Judicial Watch have a contrary view?

            **MS. BURKE:**  No, your Honor, we're in agreement with that.

            **THE COURT:**  Okay, great.  That's helpful, thank you.  You know, you guys have got to talk to each other.  I don't want to decide a motion for summary judgment, and you don't want to write one I'm sure.  So if we can resolve so many of these issues just by having a conversation, all the better.  You can save -- even though it takes time to have a conversation, it can save a lot of time in the end.  If I have to decide a motion for summary judgment and I decide in their favor, then I have to deal with a fee petition as well.  So that's a lot of time and effort that can be resolved most of the time -- not always, but most of the time with a conversation.  So hopefully we can resolve these things informally going forward.

            All right, I'll order a joint status report August 30th, and we'll go from there.  Thank you, and good luck and have -- hopefully I don't need to see you for the rest of the summer.  Have a good summer.

            (Proceedings adjourned at 10:37 a.m.)

# C E R T I F I C A T E

I, **Jeff M. Hook, Official Court Reporter,** certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

<u>September 12, 2019</u>

**DATE**

**Jeff M. Hook**

## 1

1,500 [1]   5/14
1,850 [1]   5/14
10:06 [1]   1/6
10:14 a.m [1]   8/2
10:30 [1]   8/1
10:34 a.m [1]   8/3
10:37 a.m [1]   9/25
15 [2]   7/16 7/25
17-2685 [1]   2/3
1:17-cv-2685 [1]   1/4
1st [1]   6/18

## 2

20001 [1]   1/25
20024 [1]   1/14
2011 [1]   6/18
2018 [1]   1/5
20530 [1]   1/18
2685 [2]   1/4 2/3

## 3

30th [3]   8/17 9/1 9/22
330 [1]   5/23
332 [6]   5/15 6/14 7/20 7/22 7/24 8/10
333 [1]   1/24
350 [2]   2/24 3/8

## 4

400 [1]   3/8
425 [1]   1/13
4700-C [1]   1/24

## 5

55 [2]   3/9 3/16
555 [1]   1/17
56 [2]   3/13 5/11

## 8

800 [1]   1/13

## 9

9th [1]   8/17

## A

a.m [4]   1/6 8/2 8/3 9/25
able [4]   5/4 8/7 8/12 8/23
above [1]   10/5
above-entitled [1]   10/5
action [2]   1/3 2/3
actually [2]   5/12 5/18
additional [1]   6/7
adjourned [1]   9/25
advised [1]   7/9
agency [2]   1/20 2/11
ago [1]   3/13
agree [2]   7/2 7/19
agreed [1]   8/15
agreement [2]   8/9 9/6
al [2]   1/3 2/3

along [1]   3/11
Although [1]   5/11
always [1]   9/18
anticipate [1]   8/21
anticipates [1]   6/2
APPEARANCES [1]   1/11
approximately [1]   5/14
assessing [1]   6/4
assume [1]   7/23
assuming [1]   8/18
attempted [1]   3/20
Attorney's [1]   1/16
August [6]   1/5 3/7 8/17 8/17 9/1 9/22
August 30th [3]   8/17 9/1 9/22
August 9th [1]   8/17
Avenue [1]   1/24
AVILA [4]   1/3 2/3 2/7 6/17

## B

back [2]   8/1 8/3
Bankruptcy [1]   1/23
based [1]   5/20
began [1]   5/18
better [2]   2/17 9/13
bit [2]   2/17 3/23
both [1]   7/9
break [2]   7/15 7/25
briefly [1]   2/15
bullet [2]   3/25 4/22
BURKE [2]   1/12 2/7

## C

can [11]
can save [1]   9/13
cases [1]   7/22
categories [3]   6/21 8/9 8/14
certain [1]   8/9
certify [1]   10/4
civil [2]   1/3 2/3
clarification [1]   5/10
client [1]   4/1
Clinton [1]   7/21
clippings [1]   4/2
closer [2]   2/13 2/16
collaborate [1]   4/19
collaborative [1]   6/11
COLUMBIA [2]   1/1 1/17
coming [2]   2/15 4/8
commit [1]   8/12
communications [1]   4/22
complete [2]   6/2 8/22
completed [1]   6/25
completion [1]   6/8
concerning [1]   6/17
conducted [2]   6/12

7/5
CONFERENCE [1]   1/9
Constitution [1]   1/24
continue [2]   3/2 8/15
continue to [1]   3/2
contrary [1]   9/4
CONTRERAS [1]   1/9
conversation [4]   7/12 9/12 9/14 9/19
conversations [1]   7/16
copy [1]   4/1
counsel [8]   1/20 2/4 2/10 2/11 3/5 4/5 6/22 7/12
couple [2]   2/18 7/1
COURT [7]   1/1 1/23 2/2 2/25 3/22 8/19 10/3
Courts [1]   1/23
custodians [1]   8/8
cv [1]   1/4

## D

databases [1]   4/20
date [4]   5/10 5/11 6/8 10/10
DAVID [2]   1/20 2/11
DC [4]   1/5 1/14 1/18 1/25
deal [2]   4/10 9/16
DeBARTOLO [3]   1/20 2/11 7/4
decide [3]   9/10 9/15 9/15
defendant [3]   1/7 1/16 2/10
degree [1]   4/24
DEPARTMENT [8]   1/6 2/4 3/5 4/11 5/3 5/8 6/1 6/23
determination [1]   5/4
determine [1]   6/11
determined [1]   5/18
discuss [3]   6/10 7/18 8/7
discussing [1]   3/18
discussions [1]   5/20
DISTRICT [5]   1/1 1/1 1/10 1/17 1/23
documents [16]
done [2]   4/6 6/17
duplicates [1]   5/17
DYANI [1]   1/16

## E

e-mails [1]   4/21
effort [3]   3/19 6/11 9/17
encompassed [1]   6/25
end [3]   4/10 6/6 9/14
enough [2]   4/16 7/11
entitled [1]   10/5

et [2]   1/3 2/3
even [2]   4/20 9/13
everybody's [1]   4/21
exclude [1]   8/9
excluded [1]   5/21
exist [1]   6/23
expect [3]   3/11 3/15 6/5
expected [1]   3/7
extended [1]   7/24
extent [2]   6/20 6/22
extradition [2]   4/2 5/21

## F

fact [1]   8/24
fall [1]   7/2
familiar [3]   7/5 7/8 7/11
far [7]   2/16 3/14 3/15 4/25 5/5 5/15 7/22
favor [1]   9/16
fee [1]   9/16
filed [1]   3/4
first [1]   3/1
FOIA [5]   4/11 5/3 6/19 7/3 7/21
foregoing [1]   10/4
forward [3]   2/4 2/21 9/20
Fourth [1]   1/17
front [1]   3/4
further [3]   4/4 8/19 8/24

## G

gather [1]   4/13
general [1]   7/9
good [8]   2/6 2/8 2/9 2/12 2/14 8/6 9/22 9/24
grab [1]   2/24
great [1]   9/8
guys [2]   7/16 9/9

## H

happen [1]   2/22
hear [3]   3/2 5/7 8/6
helpful [2]   2/25 9/8
HENDRY [2]   1/16 2/10
Hillary [1]   7/21
Honor [8]   2/6 2/9 2/14 5/9 6/13 8/5 9/3 9/6
HONORABLE [1]   1/9
HOOK [3]   1/22 10/3 10/10
hopeful [1]   8/10
hopefully [4]   7/17 7/19 9/19 9/23

## I

identified [2]   4/9 6/21

**I**

identify [1]   2/5
impact [1]   6/8
Inc [1]   1/13
included [3]   5/16
 5/17 5/19
includes [1]   3/9
indication [1]   6/15
informally [1]   9/20
information [5]
 3/23 4/14 4/17 4/19
 5/5
informed [1]   3/6
interim [1]   8/16
issues [2]   7/1 9/12
items [2]   6/21 7/1

**J**

January [1]   6/18
January 1st [1]
 6/18
JEFF [3]   1/22 10/3
 10/10
joint [3]   8/19 9/1
 9/21
JSR [1]   3/6
JUDGE [1]   1/10
judgment [3]   3/19
 9/10 9/15
Judicial [2]   1/13
 9/4
July [1]   3/6
juncture [1]   4/7
Junior [1]   6/18

**L**

LAUREN [2]   1/12 2/6
list [3]   3/25 6/22
 7/1
little [2]   2/17
 3/23
long [2]   5/24 7/19
look [3]   4/8 4/23
 4/24
looking [6]   2/17
 3/24 3/24 4/1 4/1
 5/6
lot [2]   9/14 9/17
luck [1]   9/23

**M**

mails [1]   4/21
many [3]   8/13 8/19
 9/12
materials [1]   4/3
matter [2]   2/2 10/5
may [3]   4/9 7/18
 7/18
maybe [2]   3/22 4/19
mean [3]   7/11 7/21
 8/11
meet [1]   2/14
MELANIE [2]   1/16
 2/10
mention [1]   4/3
might [2]   4/3 8/11
minute [1]   7/25
minutes [1]   7/16
month [2]   6/6 7/23

monthly [1]   8/16
months [3]   3/13
 3/14 3/15
more [2]   5/3 7/22
morning [5]   2/6 2/8
 2/9 2/12 2/14
most [2]   9/18 9/18
motion [2]   9/10
 9/15
Mr. [1]   7/4
Mr. DeBartolo [1]
 7/4
much [2]   2/16 4/14

**N**

narrowing [1]   3/18
nature [2]   6/10
 7/17
Nearly [1]   5/14
necessarily [6]
 4/21 4/23 6/6 6/15
 6/20 7/2
necessary [2]   6/5
 6/7
need [6]   4/21 5/24
 6/12 7/18 9/1 9/23
needed [2]   2/19
 6/16
needs [1]   2/22
negotiating [1]
 3/18
next [1]   8/16
nine [3]   3/12 3/14
 3/15
note [2]   5/9 6/3
notes [1]   2/24
number [2]   5/12
 5/13
NW [2]   1/17 1/24

**O**

occurred [1]   5/10
October [2]   6/3
 8/21
off [1]   8/2
Office [1]   1/16
offices [1]   4/20
Official [2]   1/23
 10/3
once [1]   5/17
one [5]   3/21 5/9
 6/3 7/17 9/11
only [1]   3/16
opposing [1]   7/12
order [3]   6/11 9/1
 9/21
out [1]   8/17
outside [3]   2/15
 4/5 4/9
own [1]   4/2

**P**

page [2]   2/13 2/16
pages [11]
part [1]   6/9
parties [2]   5/20
 7/2
performed [1]   4/6
period [2]   6/18
 7/24

permitted [1]   8/18
petition [1]   9/16
places [2]   4/15
 4/20
plaintiff [3]   2/7
 2/20 3/20
Plaintiffs [2]   1/4
 1/12
plaintiffs' [1]
 6/22
please [1]   2/4
point [10]   2/20
 3/12 3/18 4/7 4/25
 6/1 6/13 8/12 8/25
 9/2
points [1]   4/22
position [1]   2/18
potential [1]   4/20
potentially [4]   3/9
 3/16 5/13 5/16
present [1]   6/18
press [1]   4/2
prior [1]   3/18
probably [1]   4/18
proceedings [2]
 9/25 10/5
process [4]   4/11
 4/12 5/3 6/2
processed [4]   3/8
 5/11 5/15 8/20
processing [4]   5/17
 7/9 8/11 8/22
production [2]   3/7
 3/17
progress [2]   2/13
 8/4
proposal [1]   4/23
propose [1]   8/17
provided [3]   3/24
 4/23 5/5

**Q**

quicker [1]   8/11

**R**

rather [1]   5/2
reached [2]   6/14
 8/8
reasons [1]   3/21
received [1]   4/4
record [5]   2/5 4/20
 8/2 8/3 10/5
records [7]   3/10
 3/13 4/8 5/6 5/11
 5/16 6/17
referred [1]   6/22
related [1]   5/21
release [2]   6/3
 8/16
released [1]   5/12
releases [1]   8/16
reluctance [1]   6/9
remain [2]   3/16
 8/20
remaining [3]   2/19
 5/15 8/10
remains [2]   2/24
 3/8
report [5]   3/1 8/19
 8/23 9/1 9/21

Reported [1]   1/22
Reporter [2]   1/23
 10/3
reporting [1]   8/19
representative [1]
 3/6
representing [1]
 2/7
request [7]   3/12
 3/21 5/19 6/19 7/3
 7/10 7/22
requested [1]   6/19
requests [1]   4/10
required [2]   6/8
 8/24
resolve [2]   9/11
 9/19
resolved [1]   9/18
respect [3]   5/10
 5/23 7/1
respond [2]   7/6 7/7
response [1]   4/4
responsive [6]   3/9
 3/17 5/13 5/16 5/19
 6/23
rest [1]   9/24
review [1]   7/20
reviewed [3]   3/13
 5/12 5/24
right [4]   5/23 7/4
 7/15 9/21
Room [1]   1/24
RUDOLPH [1]   1/9
running [1]   4/12

**S**

sailed [1]   4/7
same [2]   2/13 2/16
save [2]   9/13 9/14
schedule [1]   8/11
scope [2]   4/9 7/3
search [12]
searched [6]   4/15
 4/18 4/25 7/13 7/18
 8/8
searches [4]   6/5
 6/7 6/12 6/15
set [1]   8/16
ship [1]   4/6
side [1]   6/10
slightly [1]   3/11
sooner [1]   8/23
sort [2]   3/17 3/25
specifically [1]
 4/8
stage [1]   6/14
stands [1]   2/20
start [1]   5/13
starting [1]   4/24
STATE [7]   1/6 2/4
 3/5 4/11 5/3 5/7
 6/1
State's [1]   6/24
statement [1]   4/2
STATES [2]   1/1 1/10
status [6]   1/9 3/1
 3/3 8/19 9/1 9/21
still [2]   2/18 8/21
Street [2]   1/13
 1/17

**S**

submit [1]   8/18
Suite [1]   1/13
summary [3]   3/19
 9/10 9/15
summer [2]   9/24
 9/24
supplemental [4]
 6/4 6/7 6/12 6/15
suppose [1]   4/7
sure [2]   2/15 9/11
SW [1]   1/13

**T**

table [1]   2/11
talk [1]   9/9
Third [1]   1/13
though [2]   6/4 9/13
thus [1]   5/15
timeframe [1]   3/11
today [1]   7/12
together [1]   4/8
total [1]   3/13
transcript [2]   1/9
 10/4
tried [1]   3/20
true [1]   10/4
two [2]   7/16 7/18
types [5]   3/22 3/25
 5/2 5/6 8/9

**U**

U.S [4]   1/6 1/16
 1/23 2/3
UNITED [2]   1/1 1/10

**V**

versus [1]   2/3
VICTOR [4]   1/3 2/3
 2/7 6/17
view [4]   2/21 8/25
 9/2 9/5

**W**

Washington [4]   1/5
 1/14 1/18 1/25
Watch [2]   1/13 9/4
weekday [1]   8/18
within [3]   6/25 7/3
 8/13
write [1]   9/11

**Z**

zero [2]   4/17 4/24