UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOR AVILA, JR. and JUDICIAL
WATCH, INC.,

Plaintiffs,

v.

U.S. DEPARTMENT OF STATE,

Defendant.

**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**
**)**

Civ. A. No. 17-2685 (RC)

## DEFENDANT'S STATUS REPORT

The United States Department of State ("State" or the "Department") respectfully submits this Defendant's Status Report in lieu of the Joint Status Report required by the Court's September 13, 2024 Minute Order.

1.    Defendant is constrained to file this Defendant's Status Report in lieu of a Joint Status Report, because although the parties conferred prior to this filing, the undersigned has been unable to obtain Plaintiff's counsel's final consent to this filing.  In fairness, Plaintiff's counsel had indicated that her availability today would be limited.

2.    In any event, Defendant had reported in the parties' last Joint Status Report, *see* ECF No. 71, five State Department components have completed supplemental searches.  Since then, records were released in October and another release is expected on or about December 26, 2024.

3.    There are also records that State Department has sent to agencies with shared equities in some responsive records.  At this time, State Department is unable to give a more definitive date for the release of the referral records, but anticipates reporting progress on this front by the time that the parties' next Joint Status Report would be due.

- 2 -

WHEREFORE, Defendant proposes that the Court should permit the parties to file a Joint

Status Report no later than March 14, 2025.

Dated: December 13, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/   Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562
Kenneth.Adebonojo@usdoj.gov

*Counsel for Defendant*