UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VICTOR AVILA, JR. and JUDICIAL WATCH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | Civ. A. No. 17-2685 (RC) |

**JOINT STATUS REPORT**

Plaintiffs, Victor Avila, Jr. and Judicial Watch ("Plaintiffs"), and Defendant United States Department of State ("Defendant" or the "Department") respectfully submit this joint status report pursuant to the Court's December 12, 2025, Minute Order.

With production complete, Plaintiff informed Defendant that it is challenging all withholdings made pursuant to FOIA Exemptions 5, 7(E), and 7(D). Defendant requested that Plaintiff provide a narrowed subset of the withholdings about which it was most concerned. On March 13, 2026, Plaintiff provided Defendant with a subset of the withholdings it is challenging.

The parties have made progress in narrowing the issues in dispute and continue to work toward resolving or further reducing any remaining challenges without court intervention.

Accordingly, the parties respectfully request ninety days to attempt to resolve these challenges and to resort to dispositive briefing only if they reach an impasse. The parties propose filing another Joint Status Report on or before June 16, 2026, which will include a proposed summary judgment briefing schedule if any issues remain.

- 2 -

Dated: March 13, 2026

                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Lauren M. Burke* | JEANINE FERRIS PIRRO |
| LAUREN M. BURKE | United States Attorney |
| D.C. Bar # 1028811 | |
| JUDICIAL WATCH, INC. | By:  */s/   Kenneth Adebonojo* |
| 425 Third Street SW, Suite 800 | KENNETH ADEBONOJO |
| Washington, D.C. 20024 | Assistant United States Attorney |
| (202) 646-5172 | 601 D Street, NW |
| lburke@judicialwatch.org | Washington, DC 20530 |
| | (202)252-2562 |
| | Kenneth.Adebonojo@usdoj.gov |
| *Counsel for Plaintiffs* | |
| | *Counsel for Defendant* |

- 2 -