UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR AVILA, JR. and JUDICIAL WATCH, INC., <br><br>      Plaintiffs, <br><br>      v. <br><br> DEPARTMENT OF STATE, <br><br>      Defendant. | Civil Action No. 17-2685 (RC) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action without prejudice, with each party to bear their own costs, attorney fees, and expenses.

Dated:  June 16, 2026
       Washington, DC

                                  Respectfully Submitted,

| | |
|---|---|
| */s/ Lauren M. Burke* <br> LAUREN M. BURKE <br> D.C. Bar No. 1028811 <br> Judicial Watch, Inc. <br> 425 Third St., S.W., Ste. 800 <br> Washington, D.C.  20024 <br> 202-646-5194 <br> Lburke@judicialwatch.org | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By:  */s/  Kenneth Adebonojo* <br> KENNETH ADEBONOJO <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, DC 20530 <br> (202)252-2562 <br> Kenneth.Adebonojo@usdoj.gov |
| *Attorney for Plaintiffs* | *Counsel for Defendant* |